

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00636-CR

Kevin Roy **FOWLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR0957
Honorable Laura Lee Parker, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED October 17, 2018.

_____
Marialyn Barnard, Justice